IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | : | |
|---|---|---|
| Migdalia Colon | : | Chapter 13 |
| | : | Case No. 15-14392ELF |
| Debtor(s) | : | |

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Motion to Modify Plan filed at Docket Number 55.

Dated: July 23, 2019                    /s/ Brad J. Sadek, Esquire
                                                               Brad J. Sadek, Esquire
                                                                Sadek and Cooper
                                                                1315 Walnut Street, Suite 502
                                                               Philadelphia, PA 19107
                                                               215-545-0008