United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Migdalia Colon  
    Debtor

Case No. 15-14392-elf  
Chapter 13

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: Lisa | Page 1 of 1 | Date Rcvd: Jul 31, 2019 |
| | Form ID: pdf900 | Total Noticed: 3 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2019.
db            +Migdalia Colon,    6349 Cardiff Street,    Philadelphia, PA 19149-3035

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: ally@ebn.phinsolutions.com Aug 01 2019 03:26:54      Ally Financial,
    P.O. Box 130424,    Roseville, MN 55113-0004
cr              E-mail/PDF: rmscedi@recoverycorp.com Aug 01 2019 03:31:16      Capital Recovery VI, LLC,
    c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
    Miami, FL  33131-1605
                                                                                                 TOTAL: 2

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2019 at the address(es) listed below:
        ANDREW F GORNALL    on behalf of Creditor    MidFirst Bank agornall@kmllawgroup.com,
    bkgroup@kmllawgroup.com
        ANDREW F GORNALL    on behalf of Creditor    U.S. Bank National Association, Et Al...
    agornall@kmllawgroup.com,    bkgroup@kmllawgroup.com
        BRAD J. SADEK    on behalf of Debtor Migdalia  Colon brad@sadeklaw.com,    bradsadek@gmail.com
        KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association (Trustee for the
    Pennsylvania Housing Finance Agency) bkgroup@kmllawgroup.com
        KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association, Et Al...
    bkgroup@kmllawgroup.com
        LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association, Et Al... lhaller@pkh.com,
    dmaurer@pkh.com;mgutshall@pkh.com
        REGINA  COHEN    on behalf of Creditor    Ally Financial rcohen@lavin-law.com,
    ksweeney@lavin-law.com
        THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association, Et Al...
    tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
    philaecf@gmail.com
                                                                              TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | Chapter 13 |
| **MIGDALIA COLON,** | : | |
| Debtor | : | Bky. No.  15-14392 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan (Doc. # 57) is **APPROVED**.

**Date: July 31, 2019**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**