Certificate Number: 03088-PAE-DE-034660157

Bankruptcy Case Number: 15-14392



03088-PAE-DE-034660157

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 13, 2020, at 1:42 o'clock PM CDT, Migdalia Colon completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   July 13, 2020              By:    /s/Doug Tonne

                                   Name:  Doug Tonne

                                   Title: Counselor