United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Migdalia Colon  
    Debtor

Case No. 15-14392-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Mar 16, 2021      Form ID: 138NEW      Total Noticed: 27

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Migdalia Colon, 6349 Cardiff Street, Philadelphia, PA 19149-3035 |
| 13550150 | + | Central Financial Control, P.O. Box 66044, Anaheim, CA 92816-6044 |
| 13550151 | + | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 13602671 | + | Philadelphia Gas Works, 800 W Montgomery Ave, Phila Pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 13839398 | + | Thomas Puleo, KML Law Group P.C., c/o US Bank National, 701 Market Street ste 5000, Philadelphia Pa 19106-1541 |
| 13623417 | + | U.S. Bank National Association (Trustee for the Pe, c/o PHFA Loan Servicing Division, 211 North Front Street, Harrisburg, Pennsylvania 17101-1406 |
| 13623427 | + | U.S. Bank National Association, Et Al., c/o PHFA Loan Servicing Division, 211 North Front Street, Harrisburg, Pennsylvania 17101-1406 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 17 2021 05:20:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 17 2021 05:20:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 17 2021 05:20:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | Mar 17 2021 04:21:29 | Capital Recovery VI, LLC, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 17 2021 04:21:19 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 13554444 | | Email/Text: ally@ebn.phinsolutions.com | Mar 17 2021 05:19:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 13550148 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 17 2021 05:19:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 13557349 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Mar 17 2021 04:49:13 | American InfoSource LP as agent for, T Mobile/T-Mobile USA Inc, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 13592718 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Mar 17 2021 04:49:14 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 13585063 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 17 2021 04:48:50 | Ashley Funding Services, LLC its successors and, assigns as assignee of Syndicated, Office Systems, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13550149 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | | |

Case 15-14392-elf   Doc 75   Filed 03/18/21   Entered 03/19/21 00:51:02   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 16, 2021 | Form ID: 138NEW | Total Noticed: 27 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Mar 17 2021 04:48:35 | Capital One Bank USA, 15000 Capital One Dr, Richmond, VA 23238 |
| 13641093 | | Email/Text: megan.harper@phila.gov | Mar 17 2021 05:20:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13566620 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 17 2021 04:21:13 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13625462 | | Email/PDF: rmscedi@recoverycorp.com | Mar 17 2021 04:33:55 | Capital Recovery V, LLC, c/o Recovery Management Systems Corp, 25 SE 2nd Avenue Suite 1120, Miami, FL 33131-1605 |
| 13550152 | + | Email/Text: blegal@phfa.org | Mar 17 2021 05:20:00 | PA Housing Finance Agency, 211 N Front St, Harrisburg, PA 17101-1406 |
| 14582458 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 17 2021 04:48:44 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 13551412 | | Email/PDF: rmscedi@recoverycorp.com | Mar 17 2021 04:33:55 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13550154 | + | Email/Text: courts@southeastfinancial.org | Mar 17 2021 05:20:00 | Southeast Financial Credit Union, 220 S. Royal Oak Blvd, Franklin TN 37064-5313 |
| 13550155 | + | Email/Text: bankruptcydepartment@tsico.com | Mar 17 2021 05:21:00 | Transworld Systems Inc/09, 507 Prudential Rd, Horsham, PA 19044-2308 |
| 13550157 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 17 2021 05:19:00 | Verizon Wireless, 1 Verizon Pl, Alpharetta, GA 30004-8510 |

TOTAL: 20

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13550156 | | Verizon |
| cr | *+ | Ally Financial, P.O. Box 130424, Roseville, MN 55113-0004 |
| 13550153 | ##+ | Security Credit Services, 2653 W Oxford Loop, Oxford, MS 38655-2929 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2021            Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW F GORNALL | |

Case 15-14392-elf    Doc 75    Filed 03/18/21    Entered 03/19/21 00:51:02    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 16, 2021 | Form ID: 138NEW | Total Noticed: 27 |

| | |
|---|---|
| ANDREW F GORNALL | on behalf of Creditor MidFirst Bank agornall@kmllawgroup.com  bkgroup@kmllawgroup.com |
| | on behalf of Creditor U.S. Bank National Association  Et Al... agornall@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRAD J. SADEK | on behalf of Debtor Migdalia Colon brad@sadeklaw.com  bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| KEVIN G. MCDONALD | on behalf of Creditor U.S. Bank National Association  Et Al... bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency) bkgroup@kmllawgroup.com |
| LEON P. HALLER | on behalf of Creditor U.S. Bank National Association  Et Al... lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com |
| LEON P. HALLER | on behalf of Creditor U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency) lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com |
| REGINA COHEN | on behalf of Creditor Ally Financial rcohen@lavin-law.com  ksweeney@lavin-law.com |
| THOMAS I. PULEO | on behalf of Creditor U.S. Bank National Association  Et Al... tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

___

In Re: Migdalia Colon
       Debtor(s)                                      Bankruptcy No: 15−14392−elf
                                                           Chapter: 13

___

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑  2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑  3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                        900 Market Street
                              Suite 400
                        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                          For The Court
                                                  Timothy B. McGrath
                                                   Clerk of Court

Dated: 3/16/21

                                                                              74 − 73
                                                                     Form 138_new