United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 15-14392-elf
Migdalia Colon Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 12, 2021 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Migdalia Colon, 6349 Cardiff Street, Philadelphia, PA 19149-3035 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 14, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2021 at the address(es) listed below:

**Name**    **Email Address**

ANDREW F GORNALL
    on behalf of Creditor U.S. Bank National Association Et Al... agornall@kmllawgroup.com, bkgroup@kmllawgroup.com

ANDREW F GORNALL
    on behalf of Creditor MidFirst Bank agornall@kmllawgroup.com bkgroup@kmllawgroup.com

BRAD J. SADEK
    on behalf of Debtor Migdalia Colon brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com

KEVIN G. MCDONALD
    on behalf of Creditor U.S. Bank National Association Et Al... bkgroup@kmllawgroup.com

KEVIN G. MCDONALD
    on behalf of Creditor U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency) bkgroup@kmllawgroup.com

LEON P. HALLER
    on behalf of Creditor U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency) lhaller@pkh.com

dmaurer@pkh.com;mgutshall@pkh.com

LEON P. HALLER
　　on behalf of Creditor U.S. Bank National Association Et Al... lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com

REGINA COHEN
　　on behalf of Creditor Ally Financial rcohen@lavin-law.com ksweeney@lavin-law.com

THOMAS I. PULEO
　　on behalf of Creditor U.S. Bank National Association Et Al... tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
　　USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
　　ecfemails@ph13trustee.com philaecf@gmail.com

WILLIAM C. MILLER, Esq.
　　on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 13

Migdalia Colon  : Case No. 15−14392−elf
    Debtor(s)

### ORDER
_____

    AND NOW, this day , April 12, 2021 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Judge , United States Bankruptcy Court

78
Form 195